## WILEY v. NEW HOME SEWING MACH. CO.

No. 18674. Opinion Filed Jan. 3, 1928.

(Syllabus.)

**Appeal and Error—Proceeding in Error not Filed Within Six Months Dismissed.**

Where a proceeding in error is not filed in this court until after the expiration of six months from the date of the judgment or the order appealed from, it will be dismissed for want of jurisdiction.

Error from District Court, Lincoln County; Hal Johnson, Judge.

Action between A. R. Wiley and the New Home Sewing Machine Company. From the judgment, the former appeals. Dismissed.

James A. Embry, for plaintiff in error.

Andrews & Andrews, for defendant in error.

PER CURIAM. This is an attempt to ap-

peal from a judgment of the district court of Lincoln county. The motion for new trial was by the court overruled on the 26th day of February, 1927.

The time in which to file the appeal in this cause expired on August 26, 1927. The petition in error with case-made attached was filed with the clerk of this court on August 27, 1927, one day after the time in which to file the same had expired as provided in section 798, C. O. S. 1921, which said section provides that all proceedings for reversing, vacating, or modifying judgments or final orders shall be commenced within six months from the rendition of the judgment or final order complained of. See Gilmore v. Smith, 93 Okla. 4, 219 Pac. 92; Brown v. Parks, 80 Okla. 184, 195 Pac. 133; Hall v. Bank of Commerce, 80 Okla. 40, 193 Pac. 990; McDonell v. Continental Supply Co., 79 Okla. 286, 193 Pac. 524; Wagnon v. Davison, 79 Okla. 209, 192 Pac. 565.

The petition in error not having been filed within the time provided by law, this court has no jurisdiction over the subject-matter of the action, and the appeal is dismissed.

Note.—See 3 C. J. p. 1055, §1054; p. 1067, §1074; 4 C. J. 566, §2380.